UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW F. AKHDARY,

       Plaintiff,

v.                                                       Case No. 8:07-cv-395-T-24TBM

BLACKBIRD TECHNOLOGIES, INC.,

       Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion to Withdraw as Plaintiff's Attorney and Plaintiff's Motion to Stay Proceedings (Doc. Nos. 25 and 26). Plaintiff's attorney, Joseph E. Parrish, requests leave to withdraw as counsel and represents that Plaintiff, Andrew F. Akhdary, has been given notice of this motion and consents to his withdrawal. Additionally, Mr. Parrish represents that Defendant has no objection to his withdrawal, provided that Mr. Parrish provide Defendant with Plaintiff's contact information so that Defendant can proceed after thirty days if Plaintiff does not retain new counsel, and provided further that Defendant's already scheduled deposition of Plaintiff is not delayed. Plaintiff also requests that all proceedings and deadlines in this case be stayed for thirty days or until Plaintiff acquires new counsel, but the Court finds that staying the case is unnecessary.

Having considered the motion, and being otherwise fully advised, it is ORDERED AND ADJUDGED that:

(1)      Joseph E. Parrish's Motion to Withdraw (Doc. No. 25) is **GRANTED**;

(2)      Joseph E. Parrish shall provide counsel for Defendant with Plaintiff's contact

information;

(3)   Plaintiff's Motion to Stay (Doc. No. 25) is **DENIED**; and

(4)   Plaintiff shall have until September 21, 2007 to file a notice of appearance of new counsel.  If no notice of appearance of new counsel is filed on Plaintiff's behalf, the Court will consider Plaintiff as proceeding pro se in this matter.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of August, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Plaintiff Andrew F. Akhdary