UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW F. AKHDARY,

      Plaintiff,

v.                                      Case No.  8:07-cv-395-T-24 TBM

BLACKBIRD TECHNOLOGIES, INC.,

      Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff, Andrew F. Akhdary's Motion to Withdraw Prior Motion and Motion for Voluntary Dismissal With Prejudice (Doc. No. 39).  On September 26, 2007, Plaintiff filed a motion to dismiss this case without prejudice (Doc. No. 28).  On October 11, 2007, this Court entered an Order dismissing this case without prejudice and ordering that Plaintiff reimburse Defendant, Blackbird Technologies, Inc., for reasonable attorney fees and costs incurred in defending the case (Doc. No. 30).  The Order also stated that if Plaintiff found the condition imposed too burdensome, then he could move to withdraw his motion to dismiss without prejudice and file a motion for dismissal with prejudice.  On October 25, 2007, Plaintiff filed this motion to withdraw his prior motion for dismissal without prejudice, and moved for the Court to enter an order dismissing this action with prejudice.  Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Withdraw Prior Motion and Motion for Voluntary Dismissal With Prejudice (Doc. No. 39) is **GRANTED**.  The Court hereby vacates its October 11, 2007 Order directing Plaintiff to reimburse Defendant for reasonable attorney fees and costs, and dismisses

this case with prejudice.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of October, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record